IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAMUEL O SANTIAGO CRUZ

DEBTOR

CASE NO 16-06728-MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, SAMUEL O SANTIAGO CRUZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting a proposed amended Plan, dated September 16, 2016, herewith and attached to this motion.

2. This proposed amended Plan is filed to amend the amount of arrears to be paid through the Plan to secured creditor EMI Equity Mortgage Inc. as per proof of claim 1-3.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated September 16, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16th day of September, 2016.

*/s/ Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
ATTORNEY FOR PETITIONER

FIGUEROA & SERRANO, PSC
PO BOX 1635 GUAYNABO PR 00970-1635
TEL NO. (787) 744-7699
EMAIL: rfigueroa@fslawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                                    Case No. **3:16-bk-6728**

**SANTIAGO CRUZ, SAMUEL O**                                                Chapter **13**
                          Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: ____                                    ☑ AMENDED PLAN DATED: **9/16/2016**
☐ PRE ☐ POST-CONFIRMATION                           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **125.00** x **41** = $ **5,125.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **5,125.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
____

☐ Other:
____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **5,125.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,758.00**

Signed: **/s/ SAMUEL O SANTIAGO CRUZ**
Debtor

____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **EMI Equity Mortgage**   Cr. ___   Cr. ___
# **Claim 1-3**   # ___   # ___
$ **1,834.00**   $ ___   $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Coop Caparra**      **Firstbank Puerto Ric**
5. ☐ Other:
____

6. ☑ Debtor otherwise maintains regular payments directly to:
**EMI Equity Mortgage**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
                 ☐ Paid 100% / ☐ Other: ____
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* **Attorney Fee Provision: Trustee will pay Attorney's fees before any claim and after administrative expenses**
* **Late filed claims filed by creditors will receive no distribution.**
* **Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **Figueroa & Serrano, PSC**                Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing        EMI EQUITY MORTGAGE, INC         US Bankruptcy Court District of P.R.
0104-3                                  c/o WVS LAW LLC                  Jose V Toledo Fed Bldg & US Courthouse
Case 16-06728-MCF13                     17 MEXICO STREET                 300 Recinto Sur Street, Room 109
District of Puerto Rico                 SUITE D-1                        San Juan, PR 00901-1964
Old San Juan                            SAN JUAN, PR 00917-2202
Fri Sep 16 14:09:22 AST 2016

Att Services                            Coop Caparra                     EMI Equity Mortgage, Inc
PO Box 192830                           202 2nd Fl                       PO Box 195442
San Juan, PR  00919-2830                Guaynabo, PR  00968              San Juan, PR  00919-5442


FIRST BANK                              JOSE RAMON CARRION MORALES       MONSITA LECAROZ ARRIBAS
CONSUMER SERVICE CENTER                 PO BOX 9023884                   OFFICE OF THE US TRUSTEE (UST)
BANKRUPTCY DIVISION -CODE 248           SAN JUAN, PR 00902-3884          OCHOA BUILDING
PO BOX 9146, SAN JUAN PR 00908-0146                                      500 TANCA STREET  SUITE 301
                                                                         SAN JUAN, PR 00901


ROBERTO ARISTIDES FIGUEROA-COLON        SAMUEL O SANTIAGO CRUZ
FIGUEROA & SERRANO, PSC                 HC 71 BOX 7106
PO BOX 1635                             CAYEY, PR 00736-9119
GUAYNABO, PR 00970-1635
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)EMI EQUITY MORTGAGE, INC             End of Label Matrix
c/o WVS LAW LLC                         Mailable recipients    10
17 MEXICO STREET,SUITE D-1              Bypassed recipients     1
SAN JUAN, PR 00917-2202                 Total                  11
```